*The State vs. John and Catharine Bentz.*

THE STATE vs. JOHN AND CATHARINE BENTZ.

The wife, as well as the husband, may be indicted for keeping a bawdy house. They may be jointly indicted.

## ERROR to St. Louis Criminal Court.

STRINGFELLOW, *Attorney General, for State.*

No pretence of objection can be had to the mere form of this indictment. 2 Ch. Cr. Law, 39. Two persons may be jointly indicted for a misdemeanor, and the wife may be indicted as well as the husband for this offence. 2 Ch. Cr. Law, 39, and notes; 9 Mo. R., State vs. Harrison and others.

HOLMES, *on the same side.*

That where several keep a common bawdy house, they may be jointly or severally indicted.— 1 Chitty's Cr. Law, 268; Thatcher's Cr. Cases, 19; Rev. Stat., p. 869, sec. 14; Arch. Cr. Pl., 54.

NAPTON, J., *delivered the opinion of the Court.*

This was an indictment against John Bentz and Catharine Bentz for keeping a bawdy house. The indictment was quashed, on motion of the defendants, because they were jointly indicted. It was held, in Queen vs. Williams, (1 Salk., 384) that a wife, as well as her husband, could be indicted for keeping a bawdy house—because the wife, as well as the husband, might have a share in the management or government of a disorderly house. They may be indicted jointly. 2 Ch. Cr. L., 39; State vs. Harrison, *et al.,* 9 Mo. R. Judgment reversed.